**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70277-JAD |
| | : | |
| Braden J. Heider, | : | Chapter 13 |
|         Debtor | : | |
| _____ | : | Related to Docket No. 11 |
| | : | |
| Braden J. Heider, | : | |
|         Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this ____22nd_____ day of ___May_____, 2019, upon

consideration of the Motion of the above reference Debtor, praying for an extension of time

within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good

cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter

13 Petition, Schedules, Chapter 13 Plan, and Declaration Re: Electronic Filing, and Pay

Advices be hereby extended to and including **June 3, 2019**.

FILED
5/22/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A. Deller,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 19-70277-JAD
Braden J. Heider                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1            Date Rcvd: May 22, 2019
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Braden J. Heider,   2044 Klines Mill Road,   Boswell, PA 15531-2542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Braden J. Heider ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 4