# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Braden J. Heider**                                   Case No.  **19-70277**
                                Debtor(s)                      Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Braden J. Heider**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **June 10, 2019**             Signature  **/s/ Braden J. Heider**
                                              Braden J. Heider
                                              Debtor

Blackburn Marine Distributing, Inc.
1200 Lake Shore Road
Friedens, PA 15541

Braden Heider
2044 Klines Mill Road
Boswell, PA 15531

Direct Deposit

| Employee Pay Stub | Check number: DD2200 | | | | Pay Period: 04/28/2019 - 05/04/2019 | Pay Date: 05/02/2019 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN    Status (Fed/State) | Allowances/Extra |
| Braden Heider, 2044 Klines Mill Road, Boswell, PA 15531 | | | | | ***-**-1666    Single/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 923.08 | 12,000.04 | Checking - ******8575 | 707.35 |
| **Taxes** | | | **Current** | **YTD Amount** | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Local EIT | | | -9.23 | -119.99 | | |
| Federal Withholding | | | -107.00 | -1,391.00 | | |
| Social Security Employee | | | -57.23 | -744.00 | | |
| Medicare Employee | | | -13.38 | -174.00 | | |
| PA - Withholding | | | -28.34 | -368.42 | | |
| PA - Unemployment Employee | | | -0.55 | -7.20 | | |
| | | | -215.73 | -2,804.61 | | |
| **Net Pay** | | | **707.35** | **9,195.43** | | |

Blackburn Marine Distributing, Inc.
1200 Lake Shore Road
Friedens, PA 15541

Braden Heider
2044 Klines Mill Road
Boswell, PA 15531

Direct Deposit

| Employee Pay Stub | | Check number: DD2186 | | | Pay Period: 04/21/2019 - 04/27/2019 | | Pay Date: 04/25/2019 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Braden Heider, 2044 Klines Mill Road, Boswell, PA 15531 | | | | | ***-**-1666 | Single/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 923.08 | 11,078.98 | Checking - ******8575 | 707.33 |
| **Taxes** | | | **Current** | **YTD Amount** | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Local EIT | | | -9.23 | -110.76 | | |
| Federal Withholding | | | -107.00 | -1,284.00 | | |
| Social Security Employee | | | -57.23 | -686.77 | | |
| Medicare Employee | | | -13.39 | -160.62 | | |
| PA - Withholding | | | -28.34 | -340.08 | | |
| PA - Unemployment Employee | | | -0.56 | -6.65 | | |
| | | | -215.75 | -2,588.88 | | |
| **Net Pay** | | | **707.33** | **8,488.08** | | |

Blackburn Marine Distributing, Inc.
1200 Lake Shore Road
Friedens, PA 15541

Braden Heider
2044 Klines Mill Road
Boswell, PA 15531

Direct Deposit

| Employee Pay Stub | | Check number: DD2185 | | | Pay Period: 04/14/2019 - 04/20/2019 | Pay Date: 04/18/2019 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN   Status (Fed/State) | Allowances/Extra |
| Braden Heider, 2044 Klines Mill Road, Boswell, PA 15531 | | | | | ***-**-4668   Single/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 923.08 | 10,153.88 | Checking - ******8575 | 707.35 |
| **Taxes** | | | **Current** | **YTD Amount** | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Local EIT | | | -9.23 | -101.53 | | |
| Federal Withholding | | | -107.00 | -1,177.00 | | |
| Social Security Employee | | | -57.23 | -629.54 | | |
| Medicare Employee | | | -13.38 | -147.23 | | |
| PA - Withholding | | | -28.34 | -311.74 | | |
| PA - Unemployment Employee | | | -0.55 | -6.09 | | |
| | | | -215.73 | -2,373.13 | | |
| **Net Pay** | | | **707.35** | **7,780.75** | | |

Blackburn Marine Distributing, Inc., 1200 Lake Shore Road, Friedens, PA 15541                                      Powered by Intuit Payroll

Blackburn Marine Distributing, Inc.
1200 Lake Shore Road
Friedens, PA 15541

Braden Heider
2044 Klines Mill Road
Boswell, PA 15531

Direct Deposit

| Employee Pay-Stub | | Check number: DD2172 | | | Pay Period: 04/07/2019 - 04/13/2019 | | Pay Date: 04/11/2019 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Braden Heider, 2044 Klines Mill Road, Boswell, PA 15531 | | | | | ***-**-**** | Single/ | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 923.08 | 9,230.80 | Checking - *******8575 | 707.33 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Local EIT | -9.23 | -92.30 | |
| Federal Withholding | -107.00 | -1,070.00 | |
| Social Security Employee | -57.23 | -572.31 | |
| Medicare Employee | -13.39 | -133.85 | |
| PA - Withholding | -28.34 | -283.40 | |
| PA - Unemployment Employee | -0.56 | -5.54 | |
| | -215.75 | -2,157.40 | |
| Net Pay | 707.33 | 7,073.40 | |

Blackburn Marine Distributing, Inc., 1200 Lake Shore Road, Friedens, PA 15541         Powered by Intuit Payroll