**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Braden J. Heider** | Social Security number or ITIN | xxx–xx–1666 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 5/8/19 |
| Case number: | 19–70277–JAD | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case  12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Braden J. Heider | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2044 Klines Mill Road<br>Boswell, PA 15531 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/24/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 16, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/15/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/17/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/4/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/16/19** at **03:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                           Case No. 19-70277-JAD
Braden J. Heider                                                 Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-7          User: llea                  Page 1 of 2                  Date Rcvd: Jul 24, 2019
                              Form ID: 309I               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             +Braden J. Heider,    2044 Klines Mill Road,    Boswell, PA 15531-2542
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
15048432       +Capital One/boscovs,    Po Box 4274,    Reading, PA 19606-0674
15068575       +Carol Ann Young & Associates,    530 N Center Ave,    Somerset, PA 15501-1431
15048433       +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
15048435       +Citicards Cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15048438       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15058306       +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
15048439       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15068583       +Foundation Radiology Group,    401 Liberty Ave,    Pittsburgh, PA 15222-1000
15065334       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15048443       +Jstc Employees Fcu,    969 Eisenhower Blvd Ste,    Johnstown, PA 15904-3326
15048444       +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15068592       +Somerset Hospital,    225 S Center Street,    Somerset, PA 15501-2088
15050349       +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Jul 25 2019 03:24:50      Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:25:48       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 25 2019 03:25:59
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jul 25 2019 07:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15048428       +EDI: AMEREXPR.COM Jul 25 2019 07:03:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
15048429        EDI: BANKAMER.COM Jul 25 2019 07:03:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
15048437        EDI: BANKAMER.COM Jul 25 2019 07:03:00      Fia Card Services,    Po Box 982238,
                 El Paso, TX 79998
15048430        EDI: CAPITALONE.COM Jul 25 2019 07:03:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
15048431       +EDI: CAPITALONE.COM Jul 25 2019 07:03:00      Capital One, N.a.,    Po Box 30273,
                 Salt Lake City, UT 84130-0273
15048434       +EDI: CHASE.COM Jul 25 2019 07:03:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
15048436       +EDI: DISCOVER.COM Jul 25 2019 07:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
15048442       +EDI: IRS.COM Jul 25 2019 07:03:00      Internal Revenue Service,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
15085377        EDI: RESURGENT.COM Jul 25 2019 07:03:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
15048445        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:25:48       PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
15048446       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2019 03:26:21       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15074644       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2019 03:26:21       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15048447       +EDI: SEARS.COM Jul 25 2019 07:03:00      Sears/cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
15049699       +EDI: RMSC.COM Jul 25 2019 07:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
15068570*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15068593*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15068571*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
15068594*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
15068580*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Fia Card Services,     Po Box 982238,    El Paso, TX 79998)
15068603*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Fia Card Services,     Po Box 982238,    El Paso, TX 79998)
15068572*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
```

```
District/off: 0315-7          User: llea              Page 2 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: 309I           Total Noticed: 34


             ***** BYPASSED RECIPIENTS (continued) *****
15068595*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                   Richmond, VA 23238)
15068573*        +Capital One, N.a.,    Po Box 30273,     Salt Lake City, UT 84130-0273
15068596*        +Capital One, N.a.,    Po Box 30273,     Salt Lake City, UT 84130-0273
15068574*        +Capital One/boscovs,    Po Box 4274,    Reading, PA 19606-0674
15068597*        +Capital One/boscovs,    Po Box 4274,    Reading, PA 19606-0674
15068598*        +Carol Ann Young & Associates,     530 N Center Ave,    Somerset, PA 15501-1431
15068576*        +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15068599*        +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15068577*        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15068600*        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15068578*        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15068601*        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15068579*        +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15068602*        +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15068581*        +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15068604*        +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15068582*        +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15068605*        +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15068606*        +Foundation Radiology Group,     401 Liberty Ave,    Pittsburgh, PA 15222-1000
15048440*        +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15068584*        +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15068607*        +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15068586*        +Internal Revenue Service,    1000 Liberty Avenue,     Room 727,    Pittsburgh, PA 15222-4107
15068609*        +Internal Revenue Service,    1000 Liberty Avenue,     Room 727,    Pittsburgh, PA 15222-4107
15048441*         Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15068585*         Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15068608*         Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15066199*        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,     JPMC,
                   c/o National Bankruptcy Services, LLC,     P.O. Box 9013,    Addison, Texas 75001-9013
15068587*        +Jstc Employees Fcu,    969 Eisenhower Blvd Ste,     Johnstown, PA 15904-3326
15068610*        +Jstc Employees Fcu,    969 Eisenhower Blvd Ste,     Johnstown, PA 15904-3326
15068588*        +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15068611*        +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15068589*         PA Department of Revenue,    Bankruptcy Division,     PO Box 280946,    Harrisburg, PA 17128-0496
15068612*         PA Department of Revenue,    Bankruptcy Division,     PO Box 280946,    Harrisburg, PA 17128-0496
15068590*        +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15068613*        +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15068591*        +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
15068614*        +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
15068615*        +Somerset Hospital,    225 S Center Street,    Somerset, PA 15501-2088
                                                                                 TOTALS: 1, * 46, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Braden J. Heider ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4