## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

|                                        |     |                          |
|----------------------------------------|-----|--------------------------|
|                                        | :   | Case No. 19-70277-JAD    |
| **Braden J. Heider,**                  | :   |                          |
|              Debtor                    | :   | Chapter 13               |
|                                        | :   |                          |
| **Braden J. Heider,**                  | :   | Related to Doc. No.  38  |
| **S.S. No. xxx-xx-1666**               | :   |                          |
|              Movant                    | :   |                          |
|                                        | :   |                          |
|              v.                        | :   |                          |
|                                        | :   |                          |
| **Blackburn Mariner Distribution**     | :   |                          |
|              Respondent                | :   |                          |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 13, 2020, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: February 13, 2020

/s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
 Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Brandon Heider
2044 Klines Mill Road
Boswell PA 15531

BLACKBURN MARINER DISTRIBUTION
ATTENTION:  PAYROLL MANAGER
1200 LAKESHORE ROAD
FRIEDENS, PA 15541