IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Braden J. Heider, | : | Case No. 19-70277 JAD |
|    *Debtor* | : | Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE AS SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel, Julie Frazee Steidl, enters her appearance as substitution of counsel in place of Paul W. McElrath, Jr. for the Debtor, Braden J. Heider, and requests that all notices and other papers filed or served in the above-captioned cases be served upon:

Julie Frazee Steidl, Esq.
Steidl & Steinberg, PC
707 Grant Street, Suite 2830
PIttsburgh, PA 15219
Telephone: 412-391-8000
Fax: 412-391-0221
Email: julie.steidl@steidl-steinberg.com

Respectfully Submitted,

<u>April 16, 2024</u>                   /s/ Julie Frazee Steidl
    DATE                           Julie Frazee Steidl, Esquire
                                        Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Gulf Tower, Suite 2830
Pittsburgh, PA  15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
PA I.D. No. 35937