UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BRADEN J. HEIDER<br><br>              Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>  BRADEN J. HEIDER<br><br>          Respondents | Case No.19-70277JAD<br><br>FILED<br>5/20/24 10:47 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 68 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 20TH day of MAY, 20 24, it is hereby ORDERED, ADJUDGED, and DECREED that,

Blackburn Mariner Distribution
Attn: Payroll Manager
1200 Lakeshore Rd
Friedens, PA 15541

is hereby ordered to immediately terminate the attachment of the wages of BRADEN J. HEIDER, social security number XXX-XX-1666. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRADEN J. HEIDER.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70277-JAD |
| Braden J. Heider | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Braden J. Heider, 2044 Klines Mill Road, Boswell, PA 15531-2542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 22, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Braden J. Heider julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: May 20, 2024 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6