IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Braden J. Heider, | ) | |
|     *Debtor* | ) | Case No. 19-70277 JAD |
| | ) | Chapter 13 |
| Braden J. Heider, | ) | |
|     *Movant* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

### **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 12, 2019 at docket number 28, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                                                           Respectfully submitted,

<u>June 27, 2024</u>                                                        /s/ Julie Frazee Steidl
DATE                                                                    Julie Frazee Steidl, Esquire
                                                                            Attorney for the Debtor
                                                                            STEIDL & STEINBERG
                                                                            Suite 2830, Gulf Tower
                                                                            707 Grant Street
                                                                            Pittsburgh, PA 15219
                                                                            (412) 391-8000
                                                                            julie.steidl@steidl-steinberg.com
                                                                            PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**