**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Braden J. Heider**
Debtor(s)

Bankruptcy Case No.: 19−70277−JAD

Chapter: 13
Docket No.: 75 − 72

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of June, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/26/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/3/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/26/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-70277-JAD
Braden J. Heider  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4
Date Rcvd: Jun 27, 2024      Form ID: 408      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Braden J. Heider, 2044 Klines Mill Road, Boswell, PA 15531-2542 |
| 15048432 | + | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068575 | #+ | Carol Ann Young & Associates, 530 N Center Ave, Somerset, PA 15501-1484 |
| 15048443 | + | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068592 | + | Somerset Hospital, 225 S Center Street, Somerset, PA 15501-2088 |
| 15049699 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 23:56:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15048428 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:05 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15048429 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15048430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:55 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15048431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:40 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15048435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:28 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15048436 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15048437 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15058306 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15048438 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 27 2024 23:44:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15048439 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |

Case 19-70277-JAD   Doc 76   Filed 06/29/24   Entered 06/30/24 00:29:12   Desc Imaged
                            Certificate of Notice   Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 408 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15048442 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 23:44:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15048433 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:57:03 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15048434 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:57:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15065334 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15085377 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 23:56:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15048444 | | Email/Text: EBN@Mohela.com | Jun 27 2024 23:44:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15050349 | | Email/Text: EBN@Mohela.com | Jun 27 2024 23:44:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15048445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 23:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15048446 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 23:44:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15074644 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 23:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15048447 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:41 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15049699 | ^ | MEBN | Jun 27 2024 23:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15068570 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15068593 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15068594 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068571 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068572 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15068595 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15068573 | *+ | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15068596 | *+ | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15068574 | *+ | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068597 | *+ | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068598 | *+ | Carol Ann Young & Associates, 530 N Center Ave, Somerset, PA 15501-1484 |
| 15068578 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15068601 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15068579 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15068602 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15068580 | *+ | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15068603 | *+ | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15068581 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15068604 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15068582 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |

| Recipient | Code | Address |
|---|---|---|
| 15068605 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15068606 | *+ | Foundation Radiology Group, 401 Liberty Ave, Pittsburgh, PA 15222-1029 |
| 15048441 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068585 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068608 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068586 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15068609 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15048440 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068584 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068607 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068576 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15068599 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15068577 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15068600 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15066199 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15068587 | *+ | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068610 | *+ | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068588 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068611 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068589 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15068612 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15068590 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15068613 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15068591 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15068614 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15068615 | *+ | Somerset Hospital, 225 S Center Street, Somerset, PA 15501-2088 |
| 15068583 | ##+ | Foundation Radiology Group, 401 Liberty Ave, Pittsburgh, PA 15222-1029 |

TOTAL: 2 Undeliverable, 46 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |

Julie Frazee Steidl
    on behalf of Debtor Braden J. Heider julie.steidl@steidl-steinberg.com
    abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7