**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRADEN J. HEIDER

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:19-70277 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/08/2019  and confirmed on 8/21/19 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,517.00 |
| Less Refunds to Debtor | 478.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,038.54 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 2,628.27 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,328.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 41,196.51 | 0.00 | 41,196.51 |
|     Acct: 5977 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 696.53 | 696.53 | 0.00 | 696.53 |
|     Acct: 5977 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0518 | | | | |
| | | | | 41,893.04 |
| Priority | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADEN J. HEIDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADEN J. HEIDER | 478.46 | 478.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ++ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|                  ***NONE*** | | | | |
| Unsecured | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2713 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5881 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4739 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0039 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9170 | | | | |
|   CAROL YOUNG | 0.00 | 0.00 | 0.00 | 0.00 |

19-70277 JAD | | | | Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2703 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 2,982.74 | 580.89 | 0.00 | 580.89 |
| Acct: 4098 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,572.23 | 306.19 | 0.00 | 306.19 |
| Acct: 3765 | | | | |
| LVNV FUNDING LLC | 6,523.02 | 1,270.36 | 0.00 | 1,270.36 |
| Acct: 8692 | | | | |
| LVNV FUNDING LLC | 2,576.46 | 501.77 | 0.00 | 501.77 |
| Acct: 9549 | | | | |
| LVNV FUNDING LLC | 1,640.37 | 319.46 | 0.00 | 319.46 |
| Acct: 7914 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5940 | | | | |
| FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 630 | | | | |
| FIFTH THIRD BANK | 4,537.65 | 883.71 | 0.00 | 883.71 |
| Acct: 9994 | | | | |
| FOUNDATION RADIOLOGY GROUP PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JSTC EMPLOYEES FEDERAL CREDIT UNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3742 | | | | |
| US DEPARTMENT OF EDUCATION | 10,037.74 | 1,954.85 | 0.00 | 1,954.85 |
| Acct: 1666 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2326 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7254 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,817.23 |

TOTAL PAID TO CREDITORS                                  47,710.27

TOTAL CLAIMED
PRIORITY            0.00
SECURED           696.53
UNSECURED      29,870.21

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRADEN J. HEIDER

           Debtor(s)

    Ronda J. Winnecour
           Movant
         vs.
    No Repondents.

Case No.:19-70277 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-70277-JAD

Braden J. Heider                                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                    Page 1 of 4
Date Rcvd: Jun 27, 2024                  Form ID: pdf900                         Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Braden J. Heider, 2044 Klines Mill Road, Boswell, PA 15531-2542 |
| 15048432 | + | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068575 | #+ | Carol Ann Young & Associates, 530 N Center Ave, Somerset, PA 15501-1484 |
| 15048443 | + | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068592 | + | Somerset Hospital, 225 S Center Street, Somerset, PA 15501-2088 |
| 15049699 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 23:56:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15048428 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:12 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15048429 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15048430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:55 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15048431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:37 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15048435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:57:03 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15048436 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15048437 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15058306 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15048438 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 27 2024 23:44:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15048439 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |

| | | | |
|---|---|---|---|
| 15048442 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 23:44:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15048433 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:56:46 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15048434 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:57:11 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15065334 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15085377 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 23:56:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15048444 | Email/Text: EBN@Mohela.com | Jun 27 2024 23:44:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15050349 | Email/Text: EBN@Mohela.com | Jun 27 2024 23:44:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15048445 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 23:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15048446 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 23:44:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15074644 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 23:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15048447 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:43 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15049699 | ^ MEBN | Jun 27 2024 23:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15068570 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15068593 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15068594 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068571 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068572 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15068595 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15068573 | *+ | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15068596 | *+ | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 15068574 | *+ | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068597 | *+ | Capital One/boscovs, Po Box 4274, Reading, PA 19606-0674 |
| 15068598 | *+ | Carol Ann Young & Associates, 530 N Center Ave, Somerset, PA 15501-1484 |
| 15068578 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15068601 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15068579 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15068602 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15068580 | *+ | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15068603 | *+ | Fia Card Services, Po Box 982238, El Paso, TX 79998-2238 |
| 15068581 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15068604 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15068582 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |

District/off: 0315-7                               User: auto                                    Page 3 of 4
Date Rcvd: Jun 27, 2024                          Form ID: pdf900                               Total Noticed: 28

| 15068605 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15068606 | *+ | Foundation Radiology Group, 401 Liberty Ave, Pittsburgh, PA 15222-1029 |
| 15048441 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068585 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068608 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15068586 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15068609 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15048440 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068584 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068607 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15068576 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15068599 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15068577 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15068600 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15066199 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15068587 | *+ | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068610 | *+ | Jstc Employees Fcu, 969 Eisenhower Blvd Ste, Johnstown, PA 15904-3326 |
| 15068588 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068611 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068589 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15068612 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15068590 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15068613 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15068591 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15068614 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15068615 | *+ | Somerset Hospital, 225 S Center Street, Somerset, PA 15501-2088 |
| 15068583 | ##+ | Foundation Radiology Group, 401 Liberty Ave, Pittsburgh, PA 15222-1029 |

TOTAL: 2 Undeliverable, 46 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

Denise Carlon
                                  on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
                                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Julie Frazee Steidl
                                  on behalf of Debtor Braden J. Heider julie.steidl@steidl-steinberg.com
                                  abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@st

District/off: 0315-7                                          User: auto                                                      Page 4 of 4
Date Rcvd: Jun 27, 2024                                   Form ID: pdf900                                         Total Noticed: 28

eidl-steinberg.com

Maria Miksich

on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 6