# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Braden J. Heider**<br>      **Debtor**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>      **Movant**<br>   vs.<br><br>**Braden J. Heider**<br>      **Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>      **Trustee** | **BK NO. 19-70277 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Braden J. Heider
2044 Klines Mill Road
Boswell, PA 15531

Attorney for Debtor
Paul W. McElrath, Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard (VIA ECF)
Pittsburgh, PA 15222

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first-class mail.

Dated: October 25, 2022

            **/s/Brian C. Nicholas, Esquire**
            Brian C. Nicholas, Esquire
            Attorney I.D. 317240
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            201-549-5366
            bnicholas@kmllawgroup.com